This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CITY OF ESPAÑOLA,**

Plaintiff-Appellee,

**v.**                                                    **No. 31,314**

**ARCHIE VELARDE,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Sheri A. Raphaelson, District Judge**

A. J. Salazar, City Attorney
Espanola, NM

for Appellee

Archie Velarde
Ojo Sarco, NM

Pro Se Appellant

## MEMORANDUM OPINION

**BUSTAMANTE, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.